# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

KIDS MAGIC LLC,

    Plaintiff,

    v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No. 1:26-cv-02064

## SCHEDULE A TO COMPLAINT

| No. | Seller Name | Seller URL |
| --- | --- | --- |
| 1 | tesilo | https://www.ebay.com/usr/tesilo |
| 2 | 1we | https://us.shein.com/store/home?store_code=5820423096 |
| 3 | 1wq | https://us.shein.com/store/home?store_code=6669557385 |
| 4 | ArtisticAbodeShop | https://us.shein.com/store/home?store_code=9239481248 |
| 5 | bEV1pYoy | https://us.shein.com/store/home?store_code=6129533742 |
| 6 | bhtghtg | https://us.shein.com/store/home?store_code=6698856419 |
| 7 | chenchuannvzhuang | https://us.shein.com/store/home?store_code=7038621403 |
| 8 | Community Hub | https://us.shein.com/store/home?store_code=5368537619 |
| 9 | cpbrafih78mail.com | https://us.shein.com/store/home?store_code=7056679628 |
| 10 | cpdpjhotmail.com | https://us.shein.com/store/home?store_code=8650710835 |
| 11 | Crossroad Cloth | https://us.shein.com/store/home?store_code=6985240140 |

| 12 | CSKLOAE | https://us.shein.com/store/home?store_code=9112962834 |
|----|---------|--------------------------------------------------------|
| 13 | csrgfr | https://us.shein.com/store/home?store_code=5802492269 |
| 14 | DAYAY | https://us.shein.com/store/home?store_code=2712015529 |
| 15 | dgpezgj707l.com- | https://us.shein.com/store/home?store_code=5087004710 |
| 16 | dgrfyjfs | https://us.shein.com/store/home?store_code=3224425564 |
| 17 | dhftugksg | https://us.shein.com/store/home?store_code=1266574662 |
| 18 | diaoyukainvzhuang | https://us.shein.com/store/home?store_code=8643000026 |
| 19 | diucfgelomail.com | https://us.shein.com/store/home?store_code=7230085655 |
| 20 | dongguihu | https://us.shein.com/store/home?store_code=7062829140 |
| 21 | Dream Pixel | https://us.shein.com/store/home?store_code=2209235602 |
| 22 | dsfvfghcmfs | https://us.shein.com/store/home?store_code=8512620678 |
| 23 | dzfdgfsdZF | https://us.shein.com/store/home?store_code=7498449145 |
| 24 | eqvcl9 | https://us.shein.com/store/home?store_code=7533529130 |
| 25 | ergterh | https://us.shein.com/store/home?store_code=4328942125 |
| 26 | Esther93 | https://us.shein.com/store/home?store_code=2157300911 |
| 27 | etrgyjtks | https://us.shein.com/store/home?store_code=1012484789 |
| 28 | evgfer | https://us.shein.com/store/home?store_code=5375883471 |
| 29 | fdsaejdngdsgvz | https://us.shein.com/store/home?store_code=9926548334 |
| 30 | fengyujudeisan | https://us.shein.com/store/home?store_code=6654898019 |
| 31 | FREK | https://us.shein.com/store/home?store_code=2445031903 |
| 32 | fskos | https://us.shein.com/store/home?store_code=5320926978 |
| 33 | fxgsfrghdtg | https://us.shein.com/store/home?store_code=6471853013 |
| 34 | gaojianxinvzhuang | https://us.shein.com/store/home?store_code=1862762038 |

| 35 | gbfgffhggtrdfrefersf | https://us.shein.com/store/home?store_code=9359064616 |
|---|---|---|
| 36 | gcvhhvhfdsxgxr | https://us.shein.com/store/home?store_code=7879590567 |
| 37 | GlaEis5 | https://us.shein.com/store/home?store_code=4757236271 |
| 38 | haishan-shop | https://us.shein.com/store/home?store_code=7571489007 |
| 39 | hcchotmail.com- | https://us.shein.com/store/home?store_code=4571677539 |
| 40 | heyongqiangnvzhuang | https://us.shein.com/store/home?store_code=5882158046 |
| 41 | hfhoiuljbm | https://us.shein.com/store/home?store_code=8128628136 |
| 42 | hhanlyff4otmail.com | https://us.shein.com/store/home?store_code=8034402747 |
| 43 | householdr | https://us.shein.com/store/home?store_code=9933573077 |
| 44 | hrnutr | https://us.shein.com/store/home?store_code=2809869866 |
| 45 | hsuakSHOP | https://us.shein.com/store/home?store_code=6674045453 |
| 46 | huangjianvzhuang | https://us.shein.com/store/home?store_code=7347695744 |
| 47 | huyuanjinvzhuang | https://us.shein.com/store/home?store_code=6453581691 |
| 48 | HVF | https://us.shein.com/store/home?store_code=9869619521 |
| 49 | IarGla345 | https://us.shein.com/store/home?store_code=8346802833 |
| 50 | ijzozsddol379 | https://us.shein.com/store/home?store_code=7560865919 |
| 51 | Jasmine Co44 | https://us.shein.com/store/home?store_code=3229256806 |
| 52 | Jenistella | https://us.shein.com/store/home?store_code=8581582833 |
| 53 | jgnnpcwhjf | https://us.shein.com/store/home?store_code=8227950289 |
| 54 | JIOHID | https://us.shein.com/store/home?store_code=3786514854 |
| 55 | JJxi | https://us.shein.com/store/home?store_code=4102624782 |
| 56 | khufdr | https://us.shein.com/store/home?store_code=3418193359 |
| 57 | kjbjhf | https://us.shein.com/store/home?store_code=1089288834 |

| 58 | kkgfh | https://us.shein.com/store/home?store_code=7051963720 |
|---|---|---|
| 59 | kktd shop. | https://us.shein.com/store/home?store_code=1747979844 |
| 60 | KXGYAZ | https://us.shein.com/store/home?store_code=4602057474 |
| 61 | LAMBDAMLIN | https://us.shein.com/store/home?store_code=7833151291 |
| 62 | liqizhinvzhuang | https://us.shein.com/store/home?store_code=8345492456 |
| 63 | liucheng23 | https://us.shein.com/store/home?store_code=1098507424 |
| 64 | liutingtingnvzhuang | https://us.shein.com/store/home?store_code=6688513032 |
| 65 | liuyouzhinvzhuang | https://us.shein.com/store/home?store_code=4662641447 |
| 66 | liuzhenjiangdedianpu | https://us.shein.com/store/home?store_code=5893279818 |
| 67 | LUMINOUSYI | https://us.shein.com/store/home?store_code=2985974685 |
| 68 | luweimin | https://us.shein.com/store/home?store_code=1469177289 |
| 69 | MADEOFXISIS | https://us.shein.com/store/home?store_code=5871128051 |
| 70 | MAOYANQINDEDIANPU | https://us.shein.com/store/home?store_code=5063294325 |
| 71 | MaryellenSordahl | https://us.shein.com/store/home?store_code=8722754269 |
| 72 | MerlinFlower | https://us.shein.com/store/home?store_code=3374623027 |
| 73 | mnowazocom | https://us.shein.com/store/home?store_code=4353212829 |
| 74 | moxinzhongdedian | https://us.shein.com/store/home?store_code=8584828909 |
| 75 | Nettervill | https://us.shein.com/store/home?store_code=6725087968 |
| 76 | NFERFEW | https://us.shein.com/store/home?store_code=7550746259 |
| 77 | NJCKHD | https://us.shein.com/store/home?store_code=5358499485 |
| 78 | nrhtrjirth | https://us.shein.com/store/home?store_code=6923922162 |
| 79 | nykuik | https://us.shein.com/store/home?store_code=2159689560 |
| 80 | nytjuk | https://us.shein.com/store/home?store_code=7414819905 |

| | | |
|---|---|---|
| 81 | ogocosfdz | https://us.shein.com/store/home?store_code=3179752199 |
| 82 | okm | https://us.shein.com/store/home?store_code=6533913020 |
| 83 | Onyx Ivory | https://us.shein.com/store/home?store_code=1094292303 |
| 84 | PVHDH | https://us.shein.com/store/home?store_code=4841010875 |
| 85 | PYRHFYE | https://us.shein.com/store/home?store_code=6801565681 |
| 86 | QHoKa | https://us.shein.com/store/home?store_code=4846838825 |
| 87 | qiuxuan | https://us.shein.com/store/home?store_code=1734043644 |
| 88 | qrvpzjt33mail.com | https://us.shein.com/store/home?store_code=9429699192 |
| 89 | richardevans47 | https://us.shein.com/store/home?store_code=8809225055 |
| 90 | rmilya873 | https://us.shein.com/store/home?store_code=7162553285 |
| 91 | rqRzzXYv | https://us.shein.com/store/home?store_code=5169048438 |
| 92 | rsdgkugytd | https://us.shein.com/store/home?store_code=2337277708 |
| 93 | rsgkygfsdg | https://us.shein.com/store/home?store_code=2708579965 |
| 94 | rucpy0 | https://us.shein.com/store/home?store_code=2846171705 |
| 95 | rvgfhfj | https://us.shein.com/store/home?store_code=3773605161 |
| 96 | Sandsal | https://us.shein.com/store/home?store_code=6210604792 |
| 97 | sddgfhndzs | https://us.shein.com/store/home?store_code=6780568222 |
| 98 | sdfgjghgd | https://us.shein.com/store/home?store_code=8292287050 |
| 99 | sdfvfjhns | https://us.shein.com/store/home?store_code=4891733316 |
| 100 | SDGYTIK | https://us.shein.com/store/home?store_code=9127156245 |
| 101 | sdrghfkjfyzs | https://us.shein.com/store/home?store_code=2493207316 |
| 102 | SECHO | https://us.shein.com/store/home?store_code=6182120759 |
| 103 | Sekam | https://us.shein.com/store/home?store_code=8440143546 |

| | | |
|---|---|---|
| 104 | sfdgvhfjkdf | https://us.shein.com/store/home?store_code=4736191136 |
| 105 | sfdgvjfysrgf | https://us.shein.com/store/home?store_code=9013390430 |
| 106 | sfedjfdsagvd | https://us.shein.com/store/home?store_code=7955233852 |
| 107 | Stancle | https://us.shein.com/store/home?store_code=1125529706 |
| 108 | SXDFGHH | https://us.shein.com/store/home?store_code=7402685534 |
| 109 | sxs9 | https://us.shein.com/store/home?store_code=5023772066 |
| 110 | sxzx | https://us.shein.com/store/home?store_code=4941645135 |
| 111 | szvzv | https://us.shein.com/store/home?store_code=2913280949 |
| 112 | tansg | https://us.shein.com/store/home?store_code=3247634332 |
| 113 | TDHNHGXD | https://us.shein.com/store/home?store_code=2963056740 |
| 114 | TDHTKG | https://us.shein.com/store/home?store_code=9838846621 |
| 115 | teetrgtrgtrgtrg | https://us.shein.com/store/home?store_code=1399823036 |
| 116 | tghsxdff | https://us.shein.com/store/home?store_code=8244128698 |
| 117 | tqoecwgr535m | https://us.shein.com/store/home?store_code=8223321462 |
| 118 | ttjhy | https://us.shein.com/store/home?store_code=2670129383 |
| 119 | USA ouer shop | https://us.shein.com/store/home?store_code=8822798717 |
| 120 | USA Treasr shop | https://us.shein.com/store/home?store_code=3214985392 |
| 121 | Velvet Touch3 | https://us.shein.com/store/home?store_code=6099994970 |
| 122 | vutndoowotmail.com | https://us.shein.com/store/home?store_code=3100051686 |
| 123 | vxhjmtyrsda | https://us.shein.com/store/home?store_code=1163151257 |
| 124 | wangjiandeian | https://us.shein.com/store/home?store_code=7550746259 |
| 125 | wangxiaobodedianpu | https://us.shein.com/store/home?store_code=8091466726 |
| 126 | wcht | https://us.shein.com/store/home?store_code=2272316398 |

| 127 | WGHUGHU | https://us.shein.com/store/home?store_code=8252447912 |
|---|---|---|
| 128 | wgwnkfhotmail.com | https://us.shein.com/store/home?store_code=4342331728 |
| 129 | whbdn6320 | https://us.shein.com/store/home?store_code=2223560446 |
| 130 | Willow Spa | https://us.shein.com/store/home?store_code=3806647131 |
| 131 | wykktamil.com | https://us.shein.com/store/home?store_code=1664155189 |
| 132 | XanVet367 | https://us.shein.com/store/home?store_code=7112335937 |
| 133 | Xin Xiaoyan | https://us.shein.com/store/home?store_code=9866387293 |
| 134 | yiefudrs4tmail.com | https://us.shein.com/store/home?store_code=8983980981 |
| 135 | yjdmccgk1ail.com | https://us.shein.com/store/home?store_code=5014009042 |
| 136 | yjtg | https://us.shein.com/store/home?store_code=3019172595 |
| 137 | yjuki | https://us.shein.com/store/home?store_code=1285287631 |
| 138 | YMZSUKE SHOP | https://us.shein.com/store/home?store_code=1650365996 |
| 139 | Yoso lo | https://us.shein.com/store/home?store_code=9419077307 |
| 140 | zfxaltpltb31otmm | https://us.shein.com/store/home?store_code=2419195975 |
| 141 | zha2nhg87 h | https://us.shein.com/store/home?store_code=8284310282 |
| 142 | zhangfugang | https://us.shein.com/store/home?store_code=7056926944 |
| 143 | zhanzhanfuzhuang | https://us.shein.com/store/home?store_code=7904740575 |
| 144 | zhijiangshimaizhushangmaodianpu | https://us.shein.com/store/home?store_code=6782339392 |
| 145 | zxvsdfcs | https://us.shein.com/store/home?store_code=4111294356 |
| 146 | Laobaobei | https://www.walmart.com/reviews/seller/102879151 |
| 147 | yiwushienjunkeji | https://www.walmart.com/reviews/seller/102759526 |