**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIDS MAGIC LLC,

     Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

Case No. 1:26-cv-02064-JPO

## DISBURSEMENT ORDER

The Clerk is directed to disburse:

    The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee:

To Plaintiff's counsel:

    BOIES SCHILLER FLEXNER LLP
    Attn: Christopher Tom
    55 Hudson Yards
    New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

Dated:

So ordered.

Date: June 25, 2026

_____
J. PAUL OETKEN
United States District Judge